*P. Send*

FILED
CLERK, U.S. DISTRICT COURT

FEB - 4 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNICIPAL EMPLOYEES RETIREMENT SYSTEM OF LOUISIANA <br><br> Plaintiff(s), <br><br> v. <br><br> JOSEPH P GISCH, et al <br><br> Defendant(s). | CASE NUMBER: SACV 03-1704GLT(MLGx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224** <br> ( Related Cases) |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_1-28-04_
Date

*Margaret M. Morrow*
Margaret M. Morrow
*United States District Judge*

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Margaret M Morrow for all further proceedings.

_2/3/04_
Date

Gary L. Taylor
*United States District Judge*

**DECLINATION**

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth:

DOCKETED ON CM

FEB - 4 2004

BY ___ 067

_____
Date

_____
United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case _CV 03-7063MMM(SHx)_ and the present case:

- ☒ A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☒ B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- ☒ D. call for determination of the same or substantially identical questions of law and fact.
- ☐ E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Marc L. Goldman_ to Magistrate Judge _Stephen J. Hillman_.

On all documents subsequently filed in this case, please substitute the initials _MMM_ after the case number in place of the initials of the prior judge, so that the case number will read _CV04-735-MMM (SHx)_. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the ☒ Western  ☐ Southern  ☐ Eastern Division.
**Failure to file at the proper location will result in your documents being returned to you.**

(4)