*P Send*

FILED
CLERK, U.S. DISTRICT COURT

FEB - 4 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Municipal Employees Retirement System of Louisiana,<br><br>PLAINTIFF(S)<br>v.<br>Joseph P. Gisch, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 03-1704-GLT(MLGx)<br><br>**NOTICE RE INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

TO: ALL PARTIES/COUNSEL OF RECORD:

The case referred to above has been reassigned to the:
☒ Western Division    ☐ Southern Division    ☐ Eastern Division

District Court by virtue of _Order Re Transfer Pursuant to General Order 224 (Related Cases)_
filed _February 4, 2004_.

This case has been reassigned to case number _CV 04-735-MMM(SHx)_ and assigned to Judge _Margaret M. Morrow_ for all further proceedings. Any discovery matters that are or may be referred to a magistrate judge are hereby referred to Magistrate Judge _Stephen J. Hillman_.
All documents subsequently filed in this case must reflect the new case number, Judge and Magistrate Judge initials:
_CV 04-735-MMM(SHx)_.

Subsequent documents must be filed at the following location:

| ☒ Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | ☐ Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701-4516 | ☐ Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |
|---|---|---|

*Failure to file at the proper location will result in your documents being returned to you.*

Clerk, U. S. District Court

By: _K. Kirksey Smith_
Deputy Clerk

Orig to Case File
cc: Previously Assigned Judge          Newly Assigned Magistrate Judge     Case Assignment Administrator
    Newly Assigned Judge                Deputy-In-Charge                   Statistics Clerk
    Previously Assigned Magistrate Judge                                   Counsel of Record

DOCKETED ON CM
FEB _ 4 2004
BY KKS    067

NOTICE RE INTRA-DISTRICT TRANSFER BY CLERK OF COURT
CV-3 (03/02)